|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | IN THE UNITED STATES DISTRICT COURT |
| 7 | FOR THE DISTRICT OF ARIZONA |

```
Daniel Farnsworth,              )     No. CV05-1237-PHX-SRB
                                )
       Plaintiff,               )     ORDER
                                )
vs.                             )
                                )
                                )
Joseph M. Arpaio,               )
                                )
       Defendant.               )
                                )
                                )
```

     Plaintiff, Daniel Farnsworth, filed his Civil Rights Complaint on April 25, 2005. On May 12, 2005, this Court issue an order advising Plaintiff to complete and return a service packet for Defendant by June 1, 2005.  No service packet was returned.  On July 19, 2005, the Court issued an order giving Plaintiff until August 12, 2005 to show cause why his case should not be dismissed for his failure to comply with the Court's May 12, 2005 order.

     On October 4, 2005, the   Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed for Plaintiff's failure to serve the Defendant and for Plaintiff's failure to comply with the Court's order of June 28, 2005.

     The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

     IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

1  IT IS FURTHER ORDERED dismissing this case.

2  IT IS FURTHER ORDERED directing the Clerk to enter Judgment.

4  DATED this 24th day of October, 2005.

_____
Susan R. Bolton
United States District Judge